**No. 10-10722. Willie James Hodges, Petitioner v. Florida.**

565 U.S. 846, 132 S. Ct. 164, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6301.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 55 So. 3d 515.